UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK DEVLIN    & | ) | |
| INGRID DEVLIN | ) | CIVIL ACTION NO. |
|     PLAINTIFFS, | ) | |
| | ) | 4:10-cv-610 |
| VS. | ) | |
| | ) | |
| STEPHENS & MICHAELS | ) | |
| ASSOCIATES, INC. | ) | |
|     DEFENDANT | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

COME NOW Plaintiffs Patrick W. Devlin and Ingrid Devlin, and for their Notice of Settlement state:

1.   On June 2, 2010, the parties agreed to a settlement in the above-captioned matter.

2.   Plaintiffs anticipate that the necessary Release and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before June 22, 2010.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and allowing the parties an extension up to and including June 22, 2010 in which to file a Notice of Dismissal after the Settlement is affected, and for any other relief this Court deems just and proper.

<u>6/3/2010</u>               **THE SWANEY LAW FIRM**
**Dated**

                             <u>/s/ Robert T. Healey           </u>
                             Robert T. Healey
                             EDMO # 3356; MO Bar #34138
                             Attorney at Law
                             3460 Hampton, Suite 205
                             St. Louis, MO 63139
                             rhealey@swaneylawfirm.com
                             telephone: (314) 481-7778
                             fax:  (314) 481-8479

                      **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that he has filed a true and accurate copy of the Motion to Pass for Settlement with the Court's ECF filing system this 3rd day of June 2010.

                             <u>/s/ Robert T. Healey           </u>