# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PATRICK DEVLIN )<br>   and )<br>INGRID DEVLIN, )<br>        Plaintiffs, )<br>vs. )<br>STEPHENS & MICHAELS ASSOCIATES, )<br>   INC., )<br>        Defendant. ) | Case No. 4:10-cv-00610-JCH |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs, PATRICK DEVLIN and INGRID DEVLIN, and dismiss with prejudice their cause of action against Defendant.

Each party to bear their own court costs and counsel fees incurred herein.

| THE SWANEY LAW FIRM | FRANKEL, RUBIN, BOND, DUBIN, SIEGEL & KLEIN, P.C. |
|---|---|
| By:/s/ Robert T. Healey, Jr.<br>   ROBERT T. HEALEY, JR., #34138<br>   EDMO #3356<br>   RHealey@swaneylawfirm.com<br>   3460 Hampton Ave., Suite 205<br>   St. Louis, Missouri 63139<br>   Telephone: (314) 481-7778<br>   Facsimile: (314) 481-8479<br>   **Attorney for Plaintiff** | By:/s/ Mayer S. Klein<br>   MAYER S. KLEIN, #32605<br>   EDMO #3572<br>   mklein@frankelrubin.com<br>   231 South Bemiston Ave., Suite 1000<br>   Clayton, Missouri 63105<br>   Telephone: (314) 725-8000<br>   Facsimile: (314) 726-5837<br>   **Attorney for Defendant** |